Robin E. Perkins, Esq.
Nevada Bar No. 9891
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       bgriffith@swlaw.com
       hcummings@swlaw.com
*Attorneys for SMS Financial Strategic Investments, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 3105 COLEMAN, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SMS FINANCIAL STRATEGIC INVESTMENTS, LLC, an Arizona limited liability company; DOE individuals 1-10; and ROE business entities 1-10;<br><br>Defendants. | CASE NO. 2:19-cv-00166-JAD-GWF<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 10] |

Plaintiff 3105 Coleman, LLC ("Plaintiff") and Defendant SMS Financial Strategic Investments, LLC ("SMS") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend SMS' deadline to file a reply in support of its Motion to Dismiss [ECF No. 4] to March 4, 2019, for the following reasons:

1.      SMS filed a Motion to Dismiss on February 4, 2019 [ECF No. 4].

2.      Plaintiff filed an Opposition to SMS' Motion to Dismiss on February 18, 2019 [ECF No. 8]

3.      SMS' reply in support of the Motion to Dismiss is currently due February 25, 2019.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1         4.     On February 20, 2019, counsel for Plaintiff agreed to the extension requested herein

2 as Defendant's counsel has been ill the week of February 18, 2018 and has not been able to work

3 on a reply.

4         5.     This extension request is sought in good faith and is not made for the purpose of

5 delay.

6         Therefore, the Parties respectfully request an extension for SMS to file a reply in support of

7 the Motion to Dismiss to and including March 4, 2019.

8

9

10 Dated: February 21, 2019                 Dated: February 21, 2019

11 ANDERSEN & BROYLES, LLP         SNELL & WILMER L.L.P.

12 */s/ Karl Andersen*                     */s/ Blakeley E. Griffith*
Karl Andersen, Esq.                   Robin E. Perkins, Esq.

13 Nevada Bar No. 10306                 Nevada Bar No. 9891
5550 Painted Mirage Road, Suite 320      Blakeley E. Griffith, Esq.

14 Las Vegas, NV 89149                   Nevada Bar No. 12386
*Attorneys for Plaintiff 3105 Coleman, LLC*    Hayley J. Cummings, Esq.

15                                    Nevada Bar No. 14858
                                   3883 Howard Hughes Parkway, Suite 1100

16                                    Las Vegas, NV 89169
                                   *Attorneys for SMS Financial Strategic*

17                                    *Investments, LLC*

18                              **ORDER**

19         **IT IS ORDERED** that SMS shall file a reply in support of the Motion to Dismiss on or

20 before March 4, 2019.

21         DATED: _February 21_____, 2019.

22

23                               _____
                              U.S. District Judge Jennifer A. Dorsey

24

25

26

27

28